**EDELSBERG LAW, P.A.**
Scott Edelsberg (CA Bar 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: (305) 975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE NAGLER,<br>on behalf of himself and all other<br>similarly situated,<br><br>    *Plaintiff*<br><br>vs.<br><br>ERBA MARKETS, INC., a<br>California Corporation<br><br>    *Defendant*. | Case No. 2:21-cv-00989<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

**NOTICE OF DISMISSAL**

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Katherine Nagler, does hereby dismiss this this action as follows:

1. All claims of the Plaintiff, Katherine Nagler, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed with prejudice.

Dated: November 15, 2021                    Respectfully Submitted,


*/s/ Scott Edelsberg*
Scott Edelsberg (CA Bar 330990)
**EDELSBERG LAW, P.A.**
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: (305) 975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

**NOTICE OF DISMISSAL**

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

*/s/ Scott Edelsberg*
Scott Edelsberg

**NOTICE OF DISMISSAL**